UNITED STATES DISTRICT COURT

Northern District of California

San Francisco Division

| | |
|---|---|
| PAMELA DIONISE, et al.,<br>　　　　Plaintiffs, | No. C 09-4931 MMC ENE |
| v. | **ORDER RE: ATTENDANCE** |
| CITY OF LIVERMORE, et al.,<br>　　　　Defendant.<br>_____/ | Session Date:　May 25, 2010<br>Mediator:　　　Jackie Corley |

Before the court is a request to excuse named defendants Chief of Police Steve Sweeney and Officer Cindy Moore from participating in the ENE session before evaluator Jackie Corley on May 25, 2010. The court GRANTS Chief Sweeney's request and DENIES Office Moore's request. If requiring Officer Moore's presence at the session requires the parties to seek an extension of the June 1, 2010 deadline to complete the ENE, the parties shall seek an extension from Judge Chesney as soon as is reasonably possible.

　　　　IT IS SO ORDERED.

May 13, 2010　　　　　　　　　　　By:　　　　　*Elizabeth D. Laporte*
Dated　　　　　　　　　　　　　　　　　　　　　Elizabeth D. Laporte
　　　　　　　　　　　　　　　　　　　　　　　United States Magistrate Judge

UNITED STATES DISTRICT COURT
For the Northern District of California