PETER P. EDRINGTON, ESQ. (State Bar No. 074355)
DOLORES M. DONOHOE, ESQ. (State Bar No. 111432)
EDRINGTON, SCHIRMER & MURPHY LLP
2300 Contra Costa Boulevard, Suite 450
Pleasant Hill, CA  94523-3936
Telephone:  (925) 827-3300
Facsimile:  (925) 827-3320

Attorneys for Defendants
CITY OF LIVERMORE, a governmental entity;
STEVE SWEENEY, in his capacity as Chief of Police
for the CITY OF LIVERMORE; Livermore
police officers MONY NOP, DONALD SWANSON,
CINDY MOORE, JEFF SEYMOUR

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| PAMELA DIONISE and CYNTHIA MUSSO,<br><br>　　　　Plaintiffs,<br><br>　v.<br><br>CITY OF LIVERMORE, a governmental entity; STEVE SWEENEY, in his capacity as Chief of Police for the CITY OF LIVERMORE; Livermore police officers MONY NOP, DONALD SWANSON, CINDY MOORE, JEFF SEYMOUR and DOES 1-25, inclusive, individually and in their capacity as police officers for the CITY OF LIVERMORE,<br><br>　　　　Defendants.<br>　　　　　　　　　　　　　　　　／ | CASE NO.:  C 09-04931MMC<br><br>**APPLICATION FOR ORDER FOR EXTENSION TO COMPLETE EARLY NEUTRAL EVALUATION PURSUANT TO STIPULATION; ORDER GRANTING EXTENSION OF TIME** |

　　　Defendants hereby apply for an Order Extending the Date to Complete Early Neutral Evaluation.

---

1

STIPULATION AND ORDER FOR EXTENSION TO COMPLETE ENE

ALL PARTIES, through their respective counsel of record, hereby stipulate and agree to extend the last date to complete Early Neutral Evaluation to October 15, 2010. Officer Moore was unavailable to attend the previously scheduled Early Neutral Evaluation set for May 25, 2010.  Magistrate Judge Laporte was unwilling to waive Officer Moore's attendance at the hearing and ordered parties to seek an extension of the June 1, 2010 deadline to complete the ENE (Docket No. 16).

An extension of time will not prejudice the parties or compromise the Court's calendar. Trial in this matter is set for July 11, 2011.

Dated: May 21, 2010         EDRINGTON, SCHIRMER & MURPHY

                            By: _____
                                Dolores M. Donohoe, Esq.
                                Attorneys for Defendants


Dated: May 19, 2010         HOENNINGERLAW

                            By: _____
                                Jo Hoenninger, Esq.
                                Attorneys for Plaintiffs

**ORDER**

The court hereby orders that the deadline to complete Early Neutral Evaluation is extended to October 15, 2010.

IT IS SO ORDERED.

Dated: _____May 25_____, 2010      _____
                                   HONORABLE MAXINE M. CHESNEY

---

3

STIPULATION AND ORDER FOR EXTENSION TO COMPLETE ENE