JO HOENNINGER (Bar No. 205222)
HOENNINGERLAW
2358 Market St.
San Francisco, California  94114
Telephone:  (415) 816-0440
Fax:  (866) 671-0096
Email: Jo@HLawSF.com

Attorney for Plaintiffs
Pamela Dionise and Cynthia Musso
_____

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| PAMELA  DIONISE and CYNTHIA MUSSO,<br><br>                    Plaintiffs,<br><br>          vs.<br><br>CITY OF LIVERMORE, a governmental entity; STEVE SWEENEY, in his capacity as Chief of Police for the CITY OF LIVERMORE; Livermore police officers MONY NOP, DONALD SWANSON, CINDY MOORE, JEFF SEYMOUR and DOES 1-25, inclusive, individually and in their capacity as police officers for the CITY OF LIVERMORE,<br><br>                    Defendants. | CASE NO.: C 09-04931MMC<br><br><br><br><br>ORDER RE<br>**STIPULATED DISMISSAL** |

STIPULATED DISMISSAL                                                                 CASE NO.:  C 09-04931MMC

## STIPULATION

The Parties to this action have entered into a Settlement Agreement whereby the Defendants agreed to provide certain consideration to Plaintiffs and Plaintiffs agreed to dismiss this action with prejudice.

Pursuant to Federal Rule of Civil Procedure 41(a)(1), the Parties to this action stipulate to a dismissal of this action with prejudice, each party to bear his or her own costs and fees.

IT IS SO STIPULATED.

DATED: November 23, 2010                HOENNINGERLAW

By: _____
Jo Hoenninger
Attorney for Plaintiffs
PAMELA DIONISE and CYNTHIA MUSSO

DATED: November __, 2010 [December 6]        EDRINGTON, SCHIRMER & MURPHY LLP

By: _____
Peter P. Edrington, Esq.
Attorneys for Defendants
CITY OF LIVERMORE, et al.

## ORDER

PURSUANT TO STIPULATION, IT IS SO ORDERED. The above-titled action is hereby DISMISSED with prejudice.

Dated: ___December 9,___, 2010

_____
Honorable Maxine M. Chesney
United States District Court Judge

-1-

STIPULATED DISMISSAL                                         CASE NO.: C 09-04931MMC